# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

132225

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT ANTHONY MUSU,
      Defendant-Appellant.

SC: 132225
COA: 271377
Jackson CC: 05-000680-FH

_____/

On order of the Court, the application for leave to appeal the August 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

s1206